**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6918**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

RAPHAEL MENDEZ,

                    Respondent - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:91-hc-00350-BR)

———————————

Submitted:  July 29, 2014                Decided:  August 1, 2014

———————————

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Raphael Mendez, Appellant Pro Se.  Jennifer Dee Dannels, FMC BUTNER, Butner, North Carolina; Robert J. Dodson, Michael Lockridge, Special Assistant United States Attorneys, Butner, North Carolina; David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's order denying his motion to transfer venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mendez, No. 5:91-hc-00350-BR (E.D.N.C. June 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED